UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN DZURO,

              Plaintiff(s),

CASE NUMBER: 06-13399

HONORABLE SEAN F. COX

v.

COMMISSIONER OF SOCIAL SECURITY,

              Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

On April 30, 2007, Magistrate Judge Virginia M. Morgan submitted a Report and Recommendation **[Doc. 13]** recommending that the Court deny Defendant's Motion for Summary Judgment **[11]** and grant in part Plaintiff's Motion for Summary Judgment **[9]**. Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court will adopt the Magistrate Judge's Report and Recommendation. The Court, therefore remands this matter for further proceedings with respect to the limitations resulting from plaintiff's impairments.

      **IT IS SO ORDERED.**

                                      S/Sean F. Cox
                                      Sean F. Cox
                                      United States District Judge

Dated: June 19, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 19, 2007, by electronic and/or ordinary mail.

                                      S/Jennifer Hernandez
                                      Case Manager